IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 19-cv-03416-RBJ-NYW

BRANDON BAKER, a Reverend,

    Plaintiff,

v.

WELLS FARGO, a Colorado corporation and
BLUE CREDIT UNION, a Colorado corporation,

    Defendants.

---

ORDER ADOPTING MAGISTRATE JUDGE WANG'S 8-3-10 RECOMMENDATION

---

This matter is before the Court on the August 3, 2020 Recommendation of Magistrate Judge Nina Y. Wang. ECF No. 52.

The Recommendation addresses defendant Blue Federal Credit Union's ("Blue FCU") motion to dismiss for failure to state a claim upon which relief can be granted. ECF No. 30. Magistrate Judge Wang recommends that I grant Blue FCU's motion and dismiss the complaint without prejudice for failure to state a cognizable claim pursuant to Rule 12(b)(6), with the caveat that any claim brought pursuant to the Colorado Constitution be dismissed with prejudice as a matter of law. ECF No. 52 at 16. Additionally, Magistrate Judge Wang raised the issue of subject matter jurisdiction sua sponte and further recommends that I dismiss the complaint without prejudice for lack of subject matter jurisdiction. *Id*. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

1

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation, and that failure to make timely objections may bar de novo review by the district judge of the magistrate judge's proposed findings and recommendations. ECF No. 52 at 15. Despite this advisement, neither party filed any objections to Magistrate Judge Wang's recommendation.

"In the absence of timely objection, the district court may review a magistrate [judge]'s report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985)). Here, the Court has reviewed the Recommendation and all relevant documents concerning the Recommendation. Based on this review, the Court concludes that Magistrate Judge Wang's analyses and recommendations are correct, and that "there is no clear error on the face of the record." *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Therefore, the Court ADOPTS the Recommendation as the findings and conclusions of this Court.

Accordingly, it is ORDERED that the Recommendation of United States Magistrate Judge Wang [ECF No. 52] is AFFIRMED and ADOPTED. Blue FCU's motion to dismiss [ECF No. 30] is GRANTED and the complaint is dismissed without prejudice for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted, with the caveat that claims brought pursuant to the Colorado Constitution are dismissed with prejudice. As the prevailing party, Blue FCU is awarded reasonable costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1, to be taxed by the Clerk following the submission of a bill of costs pursuant to the rule.

DATED this 26th day of August, 2020.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge