IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03416-RBJ-NYW

BRANDON BAKER, a Reverend,

    Plaintiff,

v.

WELLS FARGO, a Colorado corporation and
BLUE CREDIT UNION, a Colorado corporation,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER [ECF No. 53] of Judge R. Brooke Jackson entered on August 26, 2020, it is

ORDERED that the recommendation of Magistrate Judge Nina Y. Wang [ECF No. 52] is ACCEPTED and ADOPTED. It is

FURTHER ORDERED that the defendant's Motion to Dismiss [ECF No. 30] is GRANTED. It is

FURTHER ORDERED that this civil action and all claims therein against Blue Credit Union are DISMISSED WITHOUT PREJUDICE. It is

FURTHER ORDERED that the defendant Blue FCU is awarded reasonable costs to be taxed by the Clerk of Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 26th day of August, 2020.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ J. Dynes

J. Dynes
Deputy Clerk